# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 6, 2022

## NO. 03-20-00130-CV

**David Polston; Inland Environmental and Remediation, Inc.; Inland Recycling, L.L.C.; and Boundary Ventures, Inc., Appellants**

**v.**

**The State of Texas, Lower Colorado River Authority, and Colorado County, Texas, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
### AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on January 24, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.